IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EILEEN MCGUIRE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PALMERTON HOSPITAL and | : | |
| LOIS RICHARDS, | : | No. 12-1718 |
| Defendants. | : | |

## ORDER

AND NOW, this **20th** day of **June, 2012**, upon consideration of Plaintiff's Motion to Remand, and Defendants' response thereto, and for the reasons stated in the Court's Memorandum dated June 20, 2012, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Remand (Document No. 5) is **GRANTED**.

2. This case is remanded to the Monroe County Court of Common Pleas.

3. Defendants' Motion to Dismiss (Document No. 3) is **DENIED as moot**.

4. The Clerk of the Court is directed to close this case.

BY THE COURT:

_____
Berle M. Schiller, J.